UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS, D99649,<br><br>Petitioner,<br><br>v.<br><br>THERESA CISNEROS, Warden,<br><br>Respondent. | Case No. 22-cv-00073-CRB (PR)<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS AND DENYING A CERTIFICATE OF APPEALABILITY**<br><br>(ECF Nos. 3 & 4) |

    Petitioner, a state prisoner currently incarcerated at the Substance Abuse Treatment Facility and State Prison, Corcoran (SATF-CSP, Corcoran), filed three pro se petitions for a writ of habeas corpus under 28 U.S.C. § 2254 raising the same claims and issues: (1) Harris v. Cisneros, No. 22-cv-00073-CRB (PR) (N.D. Cal. filed Jan. 5, 2022); (2) Harris v. Cisneros, No. 22-cv-00074-CRB (PR) (N.D. Cal. filed Jan. 5, 2022); and (3) Harris v. Cisneros, No. 22-cv-00075-CRB (PR) (N.D. Cal. filed Jan. 5, 2022).

    For the reasons set forth in the order dismissing the petition for a writ of habeas corpus and denying a certificate of appealability filed in Harris v. Cisneros, No. 22-cv-00074-CRB (PR), on April 11, 2022, the instant petition for a writ of habeas corpus is DISMISSED and petitioner's motion for a certificate of appealability (ECF No. 4) is DENIED.

    But based solely on petitioner's affidavit of poverty, his application for leave to proceed IFP (ECF No. 3) is GRANTED.

    **IT IS SO ORDERED**.

Dated:   April 11, 2022

                                                      CHARLES R. BREYER
                                                      United States District Judge